IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00214-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. JOSEPH BRIGHT,

    Defendant.

## ORDER

Comes on this day to be considered the Motion of the United States to dismiss the Indictment as it pertains to defendant JOSEPH BRIGHT. Pursuant to the plea agreement, the defendant has pled guilty to an Information charging a violation of Title 21, United States Code, Sections 843(b), Knowingly and Intentionally Using a Communication Facility to Facilitate a Drug Trafficking Felony.

Having considered same, the Court finds there are good grounds to grant the motion. The Court hereby dismisses the Indictment as it pertains to defendant JOSEPH BRIGHT.

DATED this 12th day of October, 2006.

                                        s/WILEY Y. DANIEL
                                        United States District Judge